UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JAMES LAMONT MOORE, | Case No. 2:19-cv-02110-KJD-DJA |
| Petitioner, | ORDER |
| v. | |
| JERRY HOWELL, et al., | |
| Respondents. | |

This is James Lamont Moore's *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Before the court is respondents' motion for extension of time to file a response to the petition.  Good cause appearing,

**IT IS ORDERED** that petitioner's motion for extension of time to file a response to the petition (ECF No. 11) is **GRANTED**.  Respondents must file their response on or before August 17, 2020.

DATED: 18 June 2020.

_____
KENT J. DAWSON
UNITED STATES DISTRICT JUDGE

1